B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of Indiana

In re  Richard T Hawksworth
       Bonnie M Hawksworth                    ,         Case No.  17-23086-kl

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| SERVIS ONE, INC. DBA BSI FINANCIAL SERVICES | BSI FINANCIAL SERVICES |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
BSI Financial Services
1425 Greenway Drive, #400
Irving, TX 75038

Phone: _____
Last Four Digits of Acct #:  0115

Court Claim # (if known):  5-1
Amount of Claim:  $410,423.57
Date Claim Filed:  02/26/2018

Phone:  800.327.7861 x1806
Last Four Digits of Acct. #:  0115

Name and Address where transferee payments should be sent (if different from above):
BSI Financial Services, Attn: Payment Processing Department
314 S. Franklin Street, 2nd Floor
Titusville, PA 16354
Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Molly Slutsky Simons                Date: 02/12/2021
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.